closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ<br><br>Plaintiff,<br><br>v.<br><br>STATER BROS. MARKETS, a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 5:14-CV-01904-JFW-DTB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 2, 2015       _/s/ John F. Walter_

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal       Case: 5:14-CV-01904-JFW-DTB